IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WRICKEY MOSLEY,

        Plaintiff,

vs.

DEPARTMENT OF ADMINISTRATIVE
SERVICES, et al.,

        Defendants.

Civ. No. 05-520-TC
O R D E R

AIKEN, Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on September 20, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Plaintiff has timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 23) that

1 - ORDER

plaintiff's amended complaint (doc. 15) is dismissed with prejudice due to failure to state a claim. Plaintiff has previously been advised of the federal pleading standards and afforded an opportunity to cure the deficiencies of his complaint. Even affording plaintiff every consideration given his pro se status, I agree with Judge Coffin that plaintiff's amended complaint fails to meet the minimal pleading standards required by the Federal Rules of Civil Procedure.

Further, plaintiff's Motion to Disqualify Judge Coffin (doc. 25) due to his "personal class-based animosity interest" is denied. Plaintiff's Motion and Order to Disqualify Magistrate Judge/Objections to Findings and Recommendation, p. 2-3.

IT IS SO ORDERED.

Dated this 6 day of December 2005.

_____
Ann Aiken
United States District Judge

2 - ORDER